IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS PADRES FORESTWATCH, INC.,<br>P.O. Box 831<br>Santa Barbara, CA 93102<br><br>                Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF THE INTERIOR,<br>et al.,<br><br>                Defendants. | Case No. 2:06-CV-00604-WBS-DAD<br><br>ORDER FOR CONTINUANCE OF STATUS<br>(PRETRIAL SCHEDULING) CONFERENCE |

    The stipulation between the parties filed herein on June 6, 2006, is hereby APPROVED. The status (pretrial scheduling) conference is hereby continued from June 19, 2006, to July 31, 2006, at 9:00 a.m., before the Honorable William B. Shubb, United States District Judge, in Courtroom No. 5. A Joint Status Report shall be filed 14 days prior to the hearing date in accordance with the March 23, 2006 Order Setting Status (Pretrial Scheduling) Conference.

    IT IS SO ORDERED.

DATED: June 9, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[proposed] Order for Continuance of Status (Pretrial Scheduling) Conference      1