IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS PADRES FORESTWATCH, INC.,<br>P.O. Box 831<br>Santa Barbara, CA 93102<br><br>                  Plaintiff,<br><br>       v.<br><br>U.S. DEPARTMENT OF THE INTERIOR,<br>Bureau of Land Management<br>1849 C Street NW<br>Washington, D.C. 20240<br><br>and<br><br>P. LYNN SCARLETT, Acting Secretary<br>of the Department of the Interior,<br><br>                  Defendants. | Case No. 2:06-CV-00604-WBS-DAD<br><br>ORDER OF DISMISSAL PURSUANT<br>TO STIPULATION BETWEEN THE<br>PARTIES |

    The above-captioned matter is hereby DISMISSED WITH PREJUDICE pursuant to and in accordance with the Stipulation for Compromise Settlement and Dismissal filed herein on June 26, 2006. The Clerk of the Court shall enter the dismissal in the official docket.

    IT IS SO ORDERED.

DATED:   June 28, 2006

                                            */s/ William B. Shubb*
                                            WILLIAM B. SHUBB
                                            UNITED STATES DISTRICT JUDGE